FILED

Mark Aveis, AUSA (Cal. Bar No. 107881)
U.S. Attorney's Office, CDCA
312 N. Spring St., 11th Floor
Los Angeles, CA 90012
(213) 894-4477
Mark.aveis@usdoj.gov

2019 NOV 21 PM 3:53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>LESLIE EZIDORE, et al.,<br>DEFENDANT(S) | CASE NUMBER<br>SA CR No. 19CR00195-JVS<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. John Kosolcharoen</u>, Case No. SA CR 16-94-AG, which:

    __x__    was previously assigned to the Honorable Andrew J. Guilford;

    _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __x__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    _____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: November 19, 2019

_/s/ Mark Aveis_
Mark Aveis
Assistant United States Attorney